| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**URC, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Uno Restaurant Corporation; URCHC, LLC; see Annex 1 attached hereto.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**04-2953702** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Charles Park Road**<br>**West Roxbury, MA**<br>ZIP CODE **02132** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Suffolk County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

Restaurant Owner and Consumer Products Businesses

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors (consolidated with debtor affiliates)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets (consolidated with debtor affiliates)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities (consolidated with debtor affiliates)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**URC, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
| Location<br>Where Filed:   **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br><br>**See Schedule 1 attached hereto.** | Case Number:<br><br>**See Schedule 1 attached hereto.** | Date Filed:<br>**See Schedule 1 attached hereto.** |
| District:<br>**Southern District of New York** | Relationship:<br>**Affiliates** | Judge:<br>**Pending** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>**NOT APPLICABLE**<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>**NOT APPLICABLE**<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.  **(See Exhibit C attached hereto.)**

**Exhibit D**

**NOT APPLICABLE**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐       Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐       Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐       Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒       There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐       Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(*Check all applicable boxes*)

**NOT APPLICABLE**

☐       Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐       Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐       Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐       Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **URC, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

### Signature of Attorney*

X **/s/ Joseph H. Smolinsky**
Signature of Attorney for Debtor(s)

**Joseph H. Smolinsky**
Printed Name of Attorney for Debtor(s)

**Weil, Gotshal & Manges LLP**
Firm Name

**767 Fifth Avenue**
Address

**New York, New York 10153**

**(212) 310-8000**
Telephone Number

**January 20, 2010**
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

x _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Louie Psallidas**
Signature of Authorized Individual

**Louie Psallidas**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**January 20, 2010**
Date

## <u>Annex 1</u>

   In addition to any names listed on the Voluntary Petition, the debtor in this case and/or its affiliated debtors may have used one or more of the following names (including trade names) during the previous 8 years:

- Pizzeria Due
- Pizzeria Uno
- Pizzeria Uno Chicago Bar & Grill
- Pizzeria Uno Chicago Grill
- Pizzeria Uno Chicago Grill & Brewery
- Su Casa
- Uno Chicago Grill
- Uno Chicago Grill est. 1943
- Uno Chicago Pizza
- Uno
- Uno's
- Uno Express
- Uno Insider's Club

## Schedule 1 to Chapter 11 Petition

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Pizzeria Uno of Columbus Avenue, Inc. | 10-_____ ( ) | January 20, 2010 |
| Uno Restaurant Holdings Corporation | 10-_____ ( ) | January 20, 2010 |
| 8250 International Drive Corporation | 10-_____ ( ) | January 20, 2010 |
| Aurora Uno, Inc. | 10-_____ ( ) | January 20, 2010 |
| B.S. Acquisition Corp. | 10-_____ ( ) | January 20, 2010 |
| B.S. of Woodbridge, Inc. | 10-_____ ( ) | January 20, 2010 |
| Fairfax Uno, Inc. | 10-_____ ( ) | January 20, 2010 |
| Franklin Mills Pizzeria, Inc. | 10-_____ ( ) | January 20, 2010 |
| Herald Center Uno Rest. Inc. | 10-_____ ( ) | January 20, 2010 |
| Kissimmee Uno, Inc. | 10-_____ ( ) | January 20, 2010 |
| Marketing Services Group, Inc. | 10-_____ ( ) | January 20, 2010 |
| Newington Uno, Inc. | 10-_____ ( ) | January 20, 2010 |
| Newport News Uno, Inc. | 10-_____ ( ) | January 20, 2010 |
| Newton Takery, Inc. | 10-_____ ( ) | January 20, 2010 |
| Paramus Uno, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Due, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno Corporation | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of 86th Street, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Albany Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Altamonte Springs, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Ballston, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Bay Ridge, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Bayside, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Bethesda, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Brockton, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Buffalo, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Dock Square, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of East Village Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Fair Oaks, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Fairfield, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Forest Hills, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Kingston, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Lynbrook Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Norfolk, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Paramus, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Penn Center, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of Reston, Inc. | 10-_____ ( ) | January 20, 2010 |
| Pizzeria Uno of South Street Seaport, Inc. | 10-_____ ( ) | January 20, 2010 |

| | | |
|---|---|---|
| Pizzeria Uno of Springfield, Inc. | 10-_____ (  ) | January 20, 2010 |
| Pizzeria Uno of Syracuse, Inc. | 10-_____ (  ) | January 20, 2010 |
| Pizzeria Uno of Union Station, Inc. | 10-_____ (  ) | January 20, 2010 |
| Pizzeria Uno of Washington, DC, Inc. | 10-_____ (  ) | January 20, 2010 |
| Pizzeria Uno of Westfarms, LLC | 10-_____ (  ) | January 20, 2010 |
| Pizzeria Uno, Inc. | 10-_____ (  ) | January 20, 2010 |
| Plizzettas of Burlington, Inc. | 10-_____ (  ) | January 20, 2010 |
| Plizzettas of Concord, Inc. | 10-_____ (  ) | January 20, 2010 |
| Saxet Corporation | 10-_____ (  ) | January 20, 2010 |
| SL Properties, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Burlington, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Ellicott City, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Franklin Mills, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Frederick, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Greece, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Gurnee Mills, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Hyannis, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Maryville, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Portland, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Potomac Mills, Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno University Blvd., Inc. | 10-_____ (  ) | January 20, 2010 |
| SL Uno Waterfront, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Brockton, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Due, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Lake Mary, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Mail II, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Mail, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Norfolk, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Norwood, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Su Casa, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Uno, Inc. | 10-_____ (  ) | January 20, 2010 |
| SLA Vernon Hills, Inc. | 10-_____ (  ) | January 20, 2010 |
| Su Casa, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno Acquisition Parent, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno Bay, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno Enterprises, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno Foods Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno Foods International, LLC | 10-_____ (  ) | January 20, 2010 |
| Uno Holdings II LLC | 10-_____ (  ) | January 20, 2010 |
| Uno Holdings LLC | 10-_____ (  ) | January 20, 2010 |
| Uno of America, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno of Astoria, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno of Aurora, Inc. | 10-_____ (  ) | January 20, 2010 |
| UNO of Bangor, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno of Concord Mills, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno of Crestwood, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno of Daytona, Inc. | 10-_____ (  ) | January 20, 2010 |
| Uno of Dulles, Inc. | 10-_____ (  ) | January 20, 2010 |

| | | |
|---|---|---|
| Uno of Falls Church, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Georgesville, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Gurnee Mills, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Hagerstown, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Haverhill, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Henrietta, Inc. | 10-_____ (   ) | January 20, 2010 |
| UNO of Highlands Ranch, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Indiana, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Kingstowne, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Kirkwood, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Lombard, Inc. | 10-_____ (   ) | January 20, 2010 |
| UNO of Manassas, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Manchester, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Massachusetts, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of New Jersey, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of New York, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Providence, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Schaumburg, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Smithtown, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Smoketown, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Tennessee, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno of Victor, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno Restaurant of Columbus, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno Restaurant of Great Neck, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno Restaurant of St. Charles, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno Restaurant of Woburn, Inc. | 10-_____ (   ) | January 20, 2010 |
| Uno Restaurants II, LLC | 10-_____ (   ) | January 20, 2010 |
| Uno Restaurants, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Attleboro MA, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Bel Air MD, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Bowie MD, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Clay NY, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Columbia MD, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Columbia MD, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Danbury CT, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Dover NH, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Fairfield CT, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Fayetteville NY, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Fredericksburg VA, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Gainesville VA, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Inner Harbor MD, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Keene NH, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Landover MD, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Mansfield MA, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Melbourne FL, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Merritt Island FL, LLC | 10-_____ (   ) | January 20, 2010 |
| UR of Methuen MA, Inc. | 10-_____ (   ) | January 20, 2010 |
| UR of Milford CT, Inc. | 10-_____ (   ) | January 20, 2010 |

| | | |
|---|---|---|
| UR of Millbury MA, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Nashua NH, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of New Hartford NY, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Newington NH, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Paoli PA, Inc. | 10-_____ ( ) | January 20, 2010 |
| UR of Plymouth MA, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Portsmouth NH, Inc. | 10-_____ ( ) | January 20, 2010 |
| UR of Swampscott MA, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Taunton MA, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Tilton NH, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Towson MD, Inc. | 10-_____ ( ) | January 20, 2010 |
| UR of Virginia Beach VA, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Webster NY, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Winter Garden FL, LLC | 10-_____ ( ) | January 20, 2010 |
| UR of Wrentham MA, Inc. | 10-_____ ( ) | January 20, 2010 |
| URC II, LLC | 10-_____ ( ) | January 20, 2010 |
| URC, LLC | 10-_____ ( ) | January 20, 2010 |
| Waltham Uno, Inc. | 10-_____ ( ) | January 20, 2010 |
| Westminster Uno, Inc. | 10-_____ ( ) | January 20, 2010 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                               :

In re                           :         **Chapter 11**
                                 :

**URC, LLC,**                  :         **Case No. 10-_____ (     )**
                                 :

                     **Debtor.**      :

                                 :
------------------------------------------------------------x

## EXHIBIT C TO VOLUNTARY PETITION

1.      Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

      The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2.      With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

      The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

# WRITTEN CONSENT

## OF

# THE SOLE MEMBER

## OF

# URC, LLC

January 19, 2010

The undersigned, being the sole member (the "Member") of URC, LLC, a Delaware limited liability company (the "Company"), does hereby consent to, adopt, and approve the following resolutions and each and every action effected thereby, pursuant to the Company's governing documents and applicable state law, and direct that the same be filed with the minutes of the proceedings of the Company:

RESOLVED, that in the judgment of the Member, it is desirable and in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that any of the Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, President, Senior Vice President-Finance, and Treasurer of the Company and any other person designated and so authorized to act by the aforementioned officers (each such officer or designee being an "Authorized Person"), be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the Company's petition under chapter 11 of the Bankruptcy Code, thereby commencing the chapter 11 case (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") or in such other authorized jurisdiction and at such time as such Authorized Person executing the petition shall determine; and it is further

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP be, and hereby is, engaged as counsel for the Company under a general retainer in the Chapter 11 Case, subject to any requisite approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Jefferies & Company, Inc. be, and hereby is, engaged to provide financial and restructuring advisory services for the Company in the Chapter 11 Case, subject to any requisite approval of the Bankruptcy Court; and it is further

RESOLVED, that Kurtzman Carson Consultants LLC be, and hereby is, engaged as noticing and claims agent for the Company in the Chapter 11 Case, subject to any requisite approval of the Bankruptcy Court; and it is further

RESOLVED, that any Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file, in

addition to the petition, all schedules, motions, lists, applications, pleadings, and other documents, and to take and perform any and all further acts and deeds which such Authorized Person deems necessary, appropriate, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that any Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals in connection with the Chapter 11 Case, on such terms as such Authorized Person deems necessary, appropriate, proper or desirable, with a view to the successful prosecution of such case; and it is further

RESOLVED, that in connection with the Chapter 11 Case, (a) the Member authorizes and approves (i) the execution, delivery and performance of a debtor-in-possession credit agreement (the "Credit Agreement"), substantially on the terms of the draft credit agreement and/or term sheet which have been provided to the Member and with such changes thereto as the Authorized Person executing the same shall approve, and any security agreements, guarantee agreements, other agreements, notes, consents, certificates, amendments, assignments and instruments in connection therewith (the "Credit Documents" and together with the Credit Agreement, the "Financing Documents"), (ii) the granting of a security interest in any assets of the Company as collateral and/or the guaranty of the obligations of the debtors under the Credit Agreement, and (iii) any transactions effected or to be effected pursuant to the terms and provisions of the Financing Documents; and (b) any Authorized Person be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to negotiate, execute, deliver, and perform or cause the performance of the Financing Documents, as such Authorized Person executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Financing Documents and other financing arrangements necessary, appropriate, proper, or desirable in the interest of the Company in connection with the Chapter 11 Case, such determination to be conclusively evidenced by such execution or taking of such action; and it is further

RESOLVED, that in connection with the conduct of the business and affairs of the Company during the Chapter 11 Case, any Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to negotiate, execute, deliver, enter into, file and/or record any and all of the agreements, instruments, motions, certifications, applications, consents, assignments, and other documents referenced herein and such other agreements, instruments, applications, consents, assignments, and other documents as may be or become required or as such Authorized Person deems appropriate or advisable, and to perform or cause the performance thereof, with the execution, delivery, certification, filing, or recording thereof to constitute evidence of such approval, and to take such other actions as, in such Authorized Person's judgment, shall be or become necessary, appropriate, proper, or desirable or to effectuate the resolutions adopted and matters ratified or approved herein, the consummation of the transactions contemplated hereby, and a successful reorganization of the Company; and it is further

RESOLVED, that any Authorized Person be, and hereby is, authorized, empowered, and directed in the name and on behalf of the Company, to execute such consents of

the Company as such Authorized Person considers necessary, appropriate, proper, or desirable to effectuate these resolutions, such determination to be conclusively evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past actions heretofore taken or caused to be taken by any Authorized Person in the name and on behalf of the Company that would be permitted to be taken by the preceding resolutions if such resolutions had been adopted before the time such actions were taken or caused to be taken, and the same are hereby ratified, approved, confirmed, and adopted in all respects.

[*The remainder of this page is intentionally left blank.*]

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date first written above.

Uno Restaurant Holdings Corporation
as the sole member of URC, LLC

/s/ Louie Psallidas

By:     Louie Psallidas
Title:   Chief Financial Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re                                                                     :          **Chapter 11**
:
**URC, LLC,**                                                          :          **Case No. 10-_____ (      )**
:
                                               **Debtor.**          :
:
-------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned Debtor and its debtor affiliates (collectively, the "Debtors"), all of which simultaneously have commenced chapter 11 cases in this Court. The list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons who fall within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1]* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| US Foodservice, Inc 806 Tyvola Road, Suite 108 c/o JP Morgan Chase Charlotte, NC 28217 | 9399 West Higgins Road Suite 500 Rosemont, IL 60018 Attn: William Murray Fax: 847-420-4956 Ph: 847-720-8080 Email: William.murray@usfood.com | Trade Debt | | $1,769,279.22 |

---

[1] All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this Schedule.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Hanover Insurance<br>PO Box 4031<br>Woburn, MA 01888-4031 | The Hanover Insurance Group, Inc.<br>440 Lincoln Street<br>Worcester, MA 01653-0002<br>Attn: Kate Somers<br>Fax: 508-855-8078<br>Ph: 508-855-8274<br>Email: ksomers@hanover.com | Outstanding premiums and claims | | $355,000.00 |
| Perkins Paper<br>PO Box 229<br>Taunton, MA 02780 | 630 John Hancock Road<br>Taunton, MA 02780<br>Attn: Gary Perkins<br>Fax: 508-822-9161<br>Ph: 800-733-5708<br>Email:<br>gperkins@perkins1.com | Trade Debt | | $301,784.69 |
| Amelia Island Plantation<br>1501 Lewis Street<br>Amelia Island, FL 32034 | PO Box 3000<br>Amelia Island, FL 32035-3000<br>Attn: Merritt Hardy<br>Fax: 904-277-5945<br>Ph: 904-261-6161 | Trade Debt | | $248,567.51 |
| The City of New York Department of Finance<br>59 Maiden Lane, 28th Floor<br>New York, NY 10038 | New York City Department of Finance<br>59 Maiden Lane, 28th Floor<br>New York, NY 10038<br>Attn: Barry Roberts<br>Fax: 212-<br>Ph: 212-487-2099 | Tax Settlement | | $138,496.00 |
| Bellweather Properties of Massachusetts<br>75 Middlesex Turnpike<br>Burlington, MA 01803 | c/o Simon Properties<br>115 W. Washington Street<br>Indianapolis, IN 46204<br>Attn: Julie Carriere<br>Fax: 317-263-2339<br>Ph: 317-636-1600 | Real estate taxes due for store 210 | | $133,473.84 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| David I. Berley<br>419 Park Avenue South<br>c/o Walter & Samuels, Inc.<br>New York, NY 10016 | 419 Park Avenue South<br>c/o Walter & Samuels, Inc.<br>New York, NY 10016<br>Attn: David Berley<br>Fax: 212-685-6429<br>Ph: 212-685-6200<br><br>With Copy to:<br>Mark Altschul, Esq.<br>Altschul & Altschul<br>Attorneys at Law<br>18 East 12th Street<br>New York, NY 10003<br>Fax: 212-727-9615<br>Ph: 212-924-1505 | Landlord | | $118,653.81 |
| Greater Orlando Aviation Authority<br>One Airport Blvd<br>Orlando, FL 32827-4399 | One Airport Blvd.<br>Orlando, FL 32827-4399<br>Attn: Executive Director<br>Fax: 407-825-4580<br>Ph: 407-825-7799<br><br>Copy to:<br>Juan Carlos B. Gomez<br>Marchena and Graham, P.A.<br>976 Lake Baldwin Lane<br>Suite 101<br>Orlando, FL 32814<br>Fax: 407-281-8564<br>Ph: 407-658-8566 | Landlord | | $116,405.60 |
| New York State Department of Taxation and Finance<br>Civil Enforcement – Capital Regions Office<br>One Broadway Center<br>Schenectady, NY 12305 | New York State Department of Taxation and Finance<br>Civil Enforcement – Capital Regions Office<br>One Broadway Center<br>Schenectady, NY 12305<br>Attn: Maria Sangetti<br>Fax: 518-435-8419<br>Ph: 518-388-5224 | Tax Settlement | | $114,666.00 |
| NSTAR<br>One NSTAR Way<br>Westwood, MA 02090 | NSTAR<br>800 Boylston Street, P1700<br>Boston, MA 02199-8003<br>Attn: Douglas S. Horan, General Counsel<br>Fax: 617-424-2421<br>Ph: 617-424-2635 | Utility | | $112,117.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Heinz North America PO Box 4508 Boston, MA 02297-0030 | Heinz 57 Center 357 6th Ave. Pittsburgh, PA 01522-2530 Attn: Rick Domhoff Fax: 412-237-5785 Ph: 513-509-3790 | Trade Payable | | $110,340.33 |
| H & M Bay, Inc. PO Box 631935 Baltimore, MD 21263-1935 | PO Box 631935 Baltimore, MD 21263-1935 Fax: 410-883-2101 Ph: 410-754-0765 | Trade Payable | | $97,116.43 |
| National Grid 300 Erie Blvd. West Syracuse, NY 13202 | National Grid 300 Erie Blvd. West Syracuse, NY 13202 Attn: Terry Fitzgerald Fax: 315-424-2160 Ph: 1-800-322-3223 | Utility | | $94,926.00 |
| Ecolab Ecolab Center 370 N. Wabasha Street St. Paul, MN 55102-2233 | One Edgewater Drive, Suite 210 Norwood, MA 02062 Attn: Bill Clifford Fax: 781-688-2144 Ph: 781-688-2108 Email: bill.clifford@ecolab.com | Trade Payable | | $88,057.48 |
| NCR Corporation 2651 Satellite Boulevard Duluth, GA 30096-5810 | 2651 Satellite Boulevard Duluth, GA 30096-5810 Attn: Legal Dept Fax:937-445-5541 Ph: 937-445-1936 | Trade Payable | | $82,933.29 |
| Accutech Packaging 157 Green Street Foxboro, MA 02305 | 157 Green Street Foxboro, MA 02305 Attn: Legal Dept Fax: 508-543-0330 Ph: 508-543-3800 | Trade Payable | | $82,307.24 |
| McGirr Graphics, Inc. 19 Richards Road Plymouth, MA 02360 | d/b/a Cranberry Graphics 19 Richards Road Plymouth, MA 02360 Attn: Legal Dept Fax: 508-747-6550 Ph: 508-747-6400 | Trade Payable | | $77,576.60 |
| Rupp LLC 295 Madison Avenue, 2nd Floor c/o Philips International Holding Corp New York, NY 10017 | 295 Madison Avenue, 2nd Floor c/o Philips International Holding Corp New York, NY 10017 Attn: Diana Marrone Fax: 212-545-1355 Ph: 212-545-3818 | Landlord | | $74,063.94 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Stone Ridge Construction Services PO Box 237 New Windsor, MD 21776 | 634 Jasontown Road Westminster, MD 21776 Attn: Kevin Woolihan Fax: 410-871-0038 Ph: 410-871-0028 | Trade Payable | | $72,978.00 |
| DirectTV 2230 East Imperial Highway El Segundo, CA 90245 | 2230 East Imperial Highway El Segundo, CA 90245 Attn: Adam Lombardo Fax: 310-964-3235 Ph: 310-964-4685 | Trade Payable | | $72,917.00 |
| 7272 Wisconsin Building Corp 1201 Seven Locks Rd, Suite 350 c/o Vanguard Realty Group Potomac, MD 20854 | 1201 Seven Locks Rd, Suite 350 c/o Vanguard Realty Group Potomac, MD 20854 Attn: Christopher Rowe Ph: 301-795-1400 Email: crowe@vanguardrealty.com  Copy to: Timothy P. Schwartz Bregamn, Berbert, Schwartz & Gilday, LLC Suite 800 West 7315 Wisconsin Ave. Bethesda, MD 20814 | Landlord | | $71,314.30 |
| Richard P. Jaffe, Nominee 300 North Nova Road c/o The Jaffe Companies Ormond Beach, FL 20854 | 300 North Nova Road c/o The Jaffe Companies Ormond Beach, FL 20854 Attn: Richard Jaffe Fax: 386-673-8500 Ph: 386-673-3100 | Landlord | | $69,309.76 |
| WFXT (FOX Television Station) 3707 Collections Center Drive Chicago, IL 60693 | 25 Fox Drive Dedham, MA 02026 Fax: 781-467-7210 Ph: 781-467-2525 | Trade Payable | | $63,965.90 |
| Price Reit Renaissance PO Box 5020 New Hyde Park, NY 11042 | c/o Kimco Realty Corporations, 3333 New Hyde Park Road, Suite 100, New Hyde Park, NY 11042-0020 Attn: Joseph Santigate Fax: 516-869-9001 Ph: 516-869-9000 | Litigation Final Judgment | Disputed | $60,575.51 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Costa Fruit & Produce<br>PO Box 843009<br>Boston, MA 02284-3009 | 18 Bunker Hill Industrial Park<br>Charlestown, MA 02129-1621<br>Attn: Manny Costa<br>Fax: 617-241-8718<br>Ph: 617-241-8007 | Trade Payable | | $59,944.45 |
| Archer Daniels Midland Company<br>1917 Henry Ave, SW<br>Canton, OH 44706 | 1917 Henry Ave, SW<br>Canton, OH 44706<br>Fax: 518-828-7736<br>Ph: 800-637-5843 | Trade Payable | | $59,128.25 |
| Carando<br>14622 Collection Center Drive<br>Chicago, IL 60693 | 14622 Collection Center Drive<br>Chicago, IL 60693<br>Attn: Linda Harris<br>Fax: (408) 220-9641<br>Ph: (630) 281-5096 | Trade Payable | | $57,307.60 |
| Cohas Brook Shopping Center, LLC<br>202 N. Main Street<br>P.O. Box 2445<br>Natick, MA 01760 | c/o Integrated Properties<br>202 N. Main Street<br>P.O. Box 2445<br>Natick, MA 01760<br>Attn: William Prendergast<br>Fax: 508-651-8796<br>Ph: 866-614-7767 | Landlord | | $56,832.79 |
| Comcast Spotlight Inc.<br>5 Times Square<br>New York, NY 10036 | Legal Demands Center<br>650 Centerton Road<br>Moorestown, NJ 08057<br>Fax: 856-317-7319<br>Ph: 856-317-7272 | Trade Payable | | $55,781.25 |
| Katsiroubas Bros.<br>40 Newmarket Square<br>Boston, MA 02118 | 40 Newmarket Square<br>Boston, MA 02118<br>Attn: Nicholas Katsiroubas<br>Fax: 617-442-3856<br>Ph: 617-442-6473<br>Email:<br>nick@katsiroubasproduce.com | Trade Payable | | $54,259.89 |

## DECLARATION CONCERNING CONSOLIDATED
## <u>LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS</u>

        I, the undersigned authorized officer of the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief.

Dated:  January 20, 2010

<div style="margin-left:50%">

/s/ Louie Psallidas
_____

By:    Louie Psallidas

Title:  Chief Financial Officer

</div>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
```
                                         :
In re                                    :        Chapter 11
                                         :
URC, LLC,                                :        Case No. 10-_____ (    )
                                         :
                         Debtor.         :
                                         :
```
-----------------------------------------------------------x

## LIST OF CREDITORS[1]

        Contemporaneously herewith, the Debtor and its affiliated debtors and debtors in possession (collectively, the "Debtors") have filed a motion requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(1) of title 11 of the United States Code, Rules 1007(a)(1) and 2002(a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Orders M-133, M-137, M-138, and M-192 of the United States Bankruptcy Court for the Southern District of New York. The Debtors propose to furnish their lists of creditors to the proposed noticing and claims agent. The Debtors have consulted with and received the approval of the Clerk of this Court to implement the foregoing procedures.

        The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of these cases. The schedules of liabilities to be filed subsequently should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of these cases.

---

[1] The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                            :
In re                                       :            **Chapter 11**
                                            :
**URC, LLC,**                               :            **Case No. 10-_____ (    )**
                                            :
                              **Debtor.**   :
                                            :
-------------------------------------------------------------x

### LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
### RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| Uno Restaurant Holdings Corporation 100 Charles Park Road West Roxbury, MA 08840 | Membership Interest | 100% |

### DECLARATION UNDER PENALTY OF PERJURY

       I, the undersigned authorized officer of URC, LLC, named as the debtor in this case, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure" and that it is true and correct to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers.

Dated:  January 20, 2010

                                  /s/ Louie Psallidas
                                  By:     Louie Psallidas
                                  Title:   Chief Financial Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                        :
In re                                                   :          **Chapter 11**
                                                        :
**URC, LLC,**                                           :          **Case No. 10-_____ (     )**
                                                        :
                              **Debtor.**               :
                                                        :
-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New

York and to enable the Judges to evaluate possible disqualification or recusal, on behalf of Uno

Restaurant Holdings Corporation and its affiliated debtors and debtors in possession

(collectively, the "Debtors"), the undersigned authorized officer certifies the following:

     **A.**     **Ownership of the Debtors' Equity Interests**

The following entities own 10% or more of the equity interests of the Debtors:

     1.     Non-debtors Centre Bregal Partners LP and Aaron Spencer own

approximately 52% and 20%, respectively, of the equity interests of Uno Acquisition Parent, Inc.

     2.     Uno Acquisition Parent, Inc. owns 100% of the equity interests of Uno

Holdings LLC.

     3.     Uno Holdings LLC owns 100% of the equity interests of Uno Holdings II

LLC.

     4.     Uno Holdings II LLC owns 100% of the equity interests of Uno

Restaurant Holdings Corporation.

     5.     Uno Restaurant Holdings Corporation owns 100% of the equity interests

of the following Debtors:

          a.     Uno Restaurants, LLC;

b.　　　Saxet Corporation;

　　　　c.　　　URC, LLC;

　　　　d.　　　Pizzeria Uno Corporation;

　　　　e.　　　Uno Foods Inc.; and

　　　　f.　　　Uno Enterprises, Inc.

　6.　　Uno Restaurants, LLC owns 100% of the equity interests of the following

Debtors:

　　　　a.　　　　8250 International Drive Corporation;

　　　　b.　　　　Aurora Uno, Inc.;

　　　　c.　　　　B.S. Acquisition Corp;

　　　　d.　　　　Fairfax Uno, Inc.;

　　　　e.　　　　Franklin Mills Pizzeria, Inc.;

　　　　f.　　　　Herald Center Uno Rest. Inc.;

　　　　g.　　　　Kissimmee Uno, Inc.;

　　　　h.　　　　Marketing Services Group, Inc.;

　　　　i.　　　　Newport News Uno, Inc.;

　　　　j.　　　　Newton Takery, Inc.;

　　　　k.　　　　Pizzeria Due, Inc.;

　　　　l.　　　　Pizzeria Uno of 86th Street, Inc.;

　　　　m.　　　　Pizzeria Uno of Albany Inc.;

　　　　n.　　　　Pizzeria Uno of Altamonte Springs, Inc.;

　　　　o.　　　　Pizzeria Uno of Bay Ridge, Inc.;

　　　　p.　　　　Pizzeria Uno of Bayside, Inc.;

　　　　q.　　　　Pizzeria Uno of Brockton, Inc.;

　　　　r.　　　　Pizzeria Uno of Buffalo, Inc.;

　　　　s.　　　　Pizzeria Uno of Columbus Avenue, Inc.;

t.    Pizzeria Uno of East Village Inc.;

u.    Pizzeria Uno of Fairfield, Inc.;

v.    Pizzeria Uno of Forest Hills, Inc.;

w.    Pizzeria Uno of Kingston, Inc.;

x.    Pizzeria Uno of Lynbrook Inc.;

y.    Pizzeria Uno of Norfolk, Inc.;

z.    Pizzeria Uno of Paramus, Inc.;

aa.    Pizzeria Uno of Penn Center, Inc.;

bb.    Pizzeria Uno of Reston, Inc.;

cc.    Pizzeria Uno of South Street Seaport, Inc.;

dd.    Pizzeria Uno of Springfield, Inc.;

ee.    Pizzeria Uno of Syracuse, Inc.;

ff.    Pizzeria Uno of Union Station, Inc.;

gg.    Pizzeria Uno, Inc.;

hh.    Plizzettas of Burlington, Inc.;

ii.    Plizzettas of Concord, Inc.;

jj.    Su Casa, Inc.;

kk.    Uno of America, Inc.;

ll.    Uno of Astoria, Inc.;

mm.    Uno of Aurora, Inc.;

nn.    UNO of Bangor, Inc.;

oo.    Uno of Concord Mills, Inc.;

pp.    Uno of Crestwood, Inc.;

qq.    Uno of Daytona, Inc.;

rr.    Uno of Dulles, Inc.;

| | |
|---|---|
| ss. | Uno of Falls Church, Inc.; |
| tt. | Uno of Georgesville, Inc.; |
| uu. | Uno of Gurnee Mills, Inc.; |
| vv. | Uno of Hagerstown, Inc.; |
| ww. | Uno of Haverhill, Inc.; |
| xx. | Uno of Henrietta, Inc.; |
| yy. | UNO of Highlands Ranch, Inc.; |
| zz. | Uno of Indiana, Inc.; |
| aaa. | Uno of Kingstowne, Inc.; |
| bbb. | Uno of Kirkwood, Inc.; |
| ccc. | Uno of Lombard, Inc.; |
| ddd. | UNO of Manassas, Inc.; |
| eee. | Uno of Manchester, Inc.; |
| fff. | Uno of Massachusetts, Inc.; |
| ggg. | Uno of New Jersey, Inc.; |
| hhh. | Uno of New York, Inc.; |
| iii. | Uno of Providence, Inc.; |
| jjj. | Uno of Schaumburg, Inc.; |
| kkk. | Uno of Smithtown, Inc.; |
| lll. | Uno of Smoketown, Inc.; |
| mmm. | Uno of Tennessee, Inc.; |
| nnn. | Uno of Victor, Inc.; |
| ooo. | Uno Restaurant of Great Neck, Inc.; |
| ppp. | Uno Restaurant of St. Charles, Inc.; |
| qqq. | Uno Restaurant of Woburn, Inc.; |

| | |
|---|---|
| rrr. | Uno Restaurants II, LLC; |
| sss. | UR of Attleboro MA, LLC; |
| ttt. | UR of Bel Air MD, Inc.; |
| uuu. | UR of Bowie MD, Inc.; |
| vvv. | UR of Clay NY, LLC; |
| www. | UR of Columbia MD, Inc.; |
| xxx. | UR of Columbia MD, LLC; |
| yyy. | UR of Danbury CT, Inc.; |
| zzz. | UR of Dover NH, Inc.; |
| aaaa. | UR of Fairfield CT, Inc.; |
| bbbb. | UR of Fayetteville NY, LLC; |
| cccc. | UR of Fredericksburg VA, LLC; |
| dddd. | UR of Gainesville VA, LLC; |
| eeee. | UR of Inner Harbor MD, Inc.; |
| ffff. | UR of Keene NH, Inc.; |
| gggg. | UR of Landover MD, Inc.; |
| hhhh. | UR of Mansfield MA, LLC; |
| iiii. | UR of Melbourne FL, LLC; |
| jjjj. | UR of Merritt Island FL, LLC; |
| kkkk. | UR of Methuen MA, Inc.; |
| llll. | UR of Milford CT, Inc.; |
| mmmm. | UR of Millbury MA, LLC; |
| nnnn. | UR of Nashua NH, LLC; |
| oooo. | UR of New Hartford NY, LLC; |
| pppp. | UR of Newington NH, LLC; |

| qqqq. | UR of Paoli PA, Inc.; |
| rrrr. | UR of Plymouth MA, LLC; |
| ssss. | UR of Portsmouth NH, Inc.; |
| tttt. | UR of Swampscott MA, LLC; |
| uuuu. | UR of Taunton MA, LLC; |
| vvvv. | UR of Tilton NH, LLC; |
| wwww. | UR of Virginia Beach VA, LLC; |
| xxxx. | UR of Webster NY, LLC; |
| yyyy. | UR of Winter Garden FL, LLC; |
| zzzz. | UR of Wrentham MA, Inc.; |
| aaaaa. | Waltham Uno, Inc.; and |
| bbbbb. | Westminster Uno, Inc. |

7.    B.S. Acquisition Corp. owns 100% of the equity interests of the following

Debtors:

| a. | B.S. Woodbridge, Inc.; and |
| b. | Uno Bay, Inc. |

8.    URC, LLC owns 100% of the equity interests of the following Debtors:

| a. | SL Properties, Inc.; |
| b. | SLA Mail, Inc.; |
| c. | SLA Mail II, Inc.; and |
| d. | URC II, LLC. |

9.    Uno Foods Inc. owns 100% of the equity interests of Uno Foods

International, LLC.

10. SL Properties, Inc. owns 100% of the equity interests of the following Debtors:

      a.      SL Uno Burlington, Inc.;

      b.      SL Uno Ellicott City, Inc.;

      c.      SL Uno Franklin Mills, Inc.;

      d.      SL Uno Frederick, Inc.;

      e.      SL Uno Greece, Inc.;

      f.      SL Uno Gurnee Mills, Inc.;

      g.      SL Uno Hyannis, Inc.;

      h.      SL Uno Maryville, Inc.;

      i.      SL Uno Portland, Inc.;

      j.      SL Uno Potomac Mills, Inc.;

      k.      SL Uno University Blvd., Inc.; and

      l.      SL Uno Waterfront, Inc.

11. SLA Mail, Inc. owns 100% of the equity interests of the following Debtors:

      a.      SLA Brockton, Inc.;

      b.      SLA Due, Inc.;

      c.      SLA Norwood, Inc.;

      d.      SLA Su Casa, Inc.; and

      e.      SLA Uno, Inc.

12. SLA Mail II, Inc. owns 100% of the equity interests of the following Debtors:

      a.      SLA Lake Mary, Inc.;

      b.      SLA Norfolk, Inc.; and

      c.      SLA Vernon Hills, Inc.

13. URC II, LLC owns 100% of the equity interests of the following Debtors:

  a.  Newington Uno, Inc.;

  b.  Paramus Uno, Inc.;

  c.  Pizzeria Uno of Ballston, Inc.;

  d.  Pizzeria Uno of Dock Square, Inc.;

  e.  Pizzeria Uno of Bethesda, Inc.;

  f.  Pizzeria Uno of Fair Oaks, Inc.;

  g.  Pizzeria Uno of Washington, DC, Inc.;

  h.  Pizzeria Uno of Westfarms, LLC;

  i.  Uno Restaurant of Columbus, Inc.; and

  j.  UR of Towson MD, Inc.

**B.  The Debtors' Ownership of Equity Securities, Partnership Interests, and Joint Venture Interests**

  1.  No Debtor directly or indirectly owns 10% or more of any class of equity interests in any corporation whose securities are publicly traded.

  2.  No Debtor owns any interest in any general or limited partnership or joint venture.

Dated: January 20, 2010
   New York, New York

          UNO RESTAURANT HOLDINGS
          CORPORATION on behalf of itself and its
          affiliated Debtors and Debtors in Possession

          /s/ Louie Psallidas
          By:  Louie Psallidas
          Title: Chief Financial Officer