**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                         :
In re                                                    :          **Chapter 11**
                                                         :
**PIZZERIA UNO OF COLUMBUS**                             :          **Case No. 10-10208 (MG)**
**AVENUE, INC.,**                                        :
                        **Debtor.**                      :
                                                         :
------------------------------------------------------------x
                                                         :
In re                                                    :          **Chapter 11**
                                                         :
**UNO RESTAURANT HOLDINGS**                              :          **Case No. 10-10209 (MG)**
**CORPORATION,**                                         :
                        **Debtor.**                      :
                                                         :
------------------------------------------------------------x
                                                         :
In re                                                    :          **Chapter 11**
                                                         :
**8250 INTERNATIONAL DRIVE**                             :          **Case No. 10-10276 (MG)**
**CORPORATION,**                                         :
                        **Debtor.**                      :
                                                         :
------------------------------------------------------------x
                                                         :
In re                                                    :          **Chapter 11**
                                                         :
**AURORA UNO, INC.,**                                    :          **Case No. 10-10280 (MG)**
                                                         :
                        **Debtor.**                      :
                                                         :
------------------------------------------------------------x
------------------------------------------------------------x
                                                         :
In re                                                    :          **Chapter 11**
                                                         :
**B.S. ACQUISITION CORP.,**                              :          **Case No. 10-10284 (MG)**
                                                         :
                        **Debtor.**                      :
                                                         :
------------------------------------------------------------x
                                                         :
In re                                                    :          **Chapter 11**

|                                      | :    |                        |
|--------------------------------------|------|------------------------|
| **B.S. OF WOODBRIDGE, INC.,**        | :    | **Case No. 10-10286 (MG)** |
|                                      | :    |                        |
| **Debtor.**                          | :    |                        |
|                                      | :    |                        |

-----------------------------------------------------x

|                                      | :    |                        |
|--------------------------------------|------|------------------------|
| **In re**                            | :    | **Chapter 11**         |
|                                      | :    |                        |
| **FAIRFAX UNO, INC.,**               | :    | **Case No. 10-10290 (MG)** |
|                                      | :    |                        |
| **Debtor.**                          | :    |                        |
|                                      | :    |                        |

-----------------------------------------------------x

|                                      | :    |                        |
|--------------------------------------|------|------------------------|
| **In re**                            | :    | **Chapter 11**         |
|                                      | :    |                        |
| **FRANKLIN MILLS PIZZERIA, INC.,**   | :    | **Case No. 10-10293 (MG)** |
|                                      | :    |                        |
| **Debtor.**                          | :    |                        |
|                                      | :    |                        |

-----------------------------------------------------x

|                                      | :    |                        |
|--------------------------------------|------|------------------------|
| **In re**                            | :    | **Chapter 11**         |
|                                      | :    |                        |
| **HERALD CENTER UNO REST. INC.,**    | :    | **Case No. 10-10297 (MG)** |
|                                      | :    |                        |
| **Debtor.**                          | :    |                        |
|                                      | :    |                        |

-----------------------------------------------------x

-----------------------------------------------------x

|                                      | :    |                        |
|--------------------------------------|------|------------------------|
| **In re**                            | :    | **Chapter 11**         |
|                                      | :    |                        |
| **KISSIMMEE UNO, INC.,**             | :    | **Case No. 10-10299 (MG)** |
|                                      | :    |                        |
| **Debtor.**                          | :    |                        |
|                                      | :    |                        |

-----------------------------------------------------x

|                                      | :    |                        |
|--------------------------------------|------|------------------------|
| **In re**                            | :    | **Chapter 11**         |

|                                       |     |                        |
|---------------------------------------|-----|------------------------|
|                                       | :   |                        |
| **MARKETING SERVICES GROUP, INC.,**   | :   | **Case No. 10-10303 (MG)** |
|                                       | :   |                        |
| **Debtor.**                           | :   |                        |
|                                       | :   |                        |

---------------------------------------------------x

|                                       |     |                        |
|---------------------------------------|-----|------------------------|
|                                       | :   |                        |
| **In re**                             | :   | **Chapter 11**         |
|                                       | :   |                        |
| **NEWINGTON UNO, INC.,**              | :   | **Case No. 10-10305 (MG)** |
|                                       | :   |                        |
| **Debtor.**                           | :   |                        |
|                                       | :   |                        |

---------------------------------------------------x

|                                       |     |                        |
|---------------------------------------|-----|------------------------|
|                                       | :   |                        |
| **In re**                             | :   | **Chapter 11**         |
|                                       | :   |                        |
| **NEWPORT NEWS UNO, INC.,**           | :   | **Case No. 10-10307 (MG)** |
|                                       | :   |                        |
| **Debtor.**                           | :   |                        |
|                                       | :   |                        |

---------------------------------------------------x

|                                       |     |                        |
|---------------------------------------|-----|------------------------|
|                                       | :   |                        |
| **In re**                             | :   | **Chapter 11**         |
|                                       | :   |                        |
| **NEWTON TAKERY, INC.,**              | :   | **Case No. 10-10308 (MG)** |
|                                       | :   |                        |
| **Debtor.**                           | :   |                        |
|                                       | :   |                        |

---------------------------------------------------x

---------------------------------------------------x

|                                       |     |                        |
|---------------------------------------|-----|------------------------|
|                                       | :   |                        |
| **In re**                             | :   | **Chapter 11**         |
|                                       | :   |                        |
| **PARAMUS UNO, INC.,**                | :   | **Case No. 10-10310 (MG)** |
|                                       | :   |                        |
| **Debtor.**                           | :   |                        |
|                                       | :   |                        |

---------------------------------------------------x

|                                       |     |                        |
|---------------------------------------|-----|------------------------|
|                                       | :   |                        |
| **In re**                             | :   | **Chapter 11**         |

```
                                                    :
PIZZERIA DUE, INC.,                                 :          Case No. 10-10314 (MG)
                                                    :
                          Debtor.                   :
                                                    :
-----------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
                                                    :
PIZZERIA UNO CORPORATION,                           :          Case No. 10-10317 (MG)
                                                    :
                          Debtor.                   :
                                                    :
-----------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
                                                    :
PIZZERIA UNO OF 86TH STREET, INC.,                  :          Case No. 10-10325 (MG)
                                                    :
                          Debtor.                   :
                                                    :
-----------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
                                                    :
PIZZERIA UNO OF ALBANY INC.,                        :          Case No. 10-10327 (MG)
                                                    :
                          Debtor.                   :
                                                    :
-----------------------------------------------------x




-----------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
                                                    :
PIZZERIA UNO OF ALTAMONTE                           :          Case No. 10-10331 (MG)
SPRINGS, INC.,                                      :
                          Debtor.                   :
                                                    :
-----------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
```

|                                          | :   |                          |
|------------------------------------------|-----|--------------------------|
| **PIZZERIA UNO OF BALLSTON, INC.,**      | :   | **Case No. 10-10288 (MG)** |
|                                          | :   |                          |
| **Debtor.**                              | :   |                          |
|                                          | :   |                          |

------------------------------------------------------------x

|                                          | :   |                          |
|------------------------------------------|-----|--------------------------|
| **In re**                                | :   | **Chapter 11**           |
|                                          | :   |                          |
| **PIZZERIA UNO OF BAY RIDGE, INC.,**     | :   | **Case No. 10-10301 (MG)** |
|                                          | :   |                          |
| **Debtor.**                              | :   |                          |
|                                          | :   |                          |

------------------------------------------------------------x

|                                          | :   |                          |
|------------------------------------------|-----|--------------------------|
| **In re**                                | :   | **Chapter 11**           |
|                                          | :   |                          |
| **PIZZERIA UNO OF BAYSIDE, INC.,**       | :   | **Case No. 10-10306 (MG)** |
|                                          | :   |                          |
| **Debtor.**                              | :   |                          |
|                                          | :   |                          |

------------------------------------------------------------x

|                                          | :   |                          |
|------------------------------------------|-----|--------------------------|
| **In re**                                | :   | **Chapter 11**           |
|                                          | :   |                          |
| **PIZZERIA UNO OF BETHESDA, INC.,**      | :   | **Case No. 10-10309 (MG)** |
|                                          | :   |                          |
| **Debtor.**                              | :   |                          |
|                                          | :   |                          |

------------------------------------------------------------x

------------------------------------------------------------x

|                                          | :   |                          |
|------------------------------------------|-----|--------------------------|
| **In re**                                | :   | **Chapter 11**           |
|                                          | :   |                          |
| **PIZZERIA UNO OF BROCKTON, INC.,**      | :   | **Case No. 10-10311 (MG)** |
|                                          | :   |                          |
| **Debtor.**                              | :   |                          |
|                                          | :   |                          |

------------------------------------------------------------x

|                                          | :   |                          |
|------------------------------------------|-----|--------------------------|
| **In re**                                | :   | **Chapter 11**           |

|                                         | :   |                       |
|-----------------------------------------|-----|-----------------------|
| **PIZZERIA UNO OF BUFFALO, INC.,**      | :   | **Case No. 10-10316 (MG)** |
|                                         | :   |                       |
| **Debtor.**                             | :   |                       |
|                                         | :   |                       |

-------------------------------------------------------------x

| **In re**                               | :   | **Chapter 11**        |
|-----------------------------------------|-----|-----------------------|
|                                         | :   |                       |
| **PIZZERIA UNO OF DOCK SQUARE, INC.,**  | :   | **Case No. 10-10321 (MG)** |
|                                         | :   |                       |
| **Debtor.**                             | :   |                       |
|                                         | :   |                       |

-------------------------------------------------------------x

| **In re**                               | :   | **Chapter 11**        |
|-----------------------------------------|-----|-----------------------|
|                                         | :   |                       |
| **PIZZERIA UNO OF EAST VILLAGE INC.,**  | :   | **Case No. 10-10324 (MG)** |
|                                         | :   |                       |
| **Debtor.**                             | :   |                       |
|                                         | :   |                       |

-------------------------------------------------------------x

| **In re**                               | :   | **Chapter 11**        |
|-----------------------------------------|-----|-----------------------|
|                                         | :   |                       |
| **PIZZERIA UNO OF FAIR OAKS, INC.,**    | :   | **Case No. 10-10330 (MG)** |
|                                         | :   |                       |
| **Debtor.**                             | :   |                       |
|                                         | :   |                       |

-------------------------------------------------------------x

-------------------------------------------------------------x

| **In re**                               | :   | **Chapter 11**        |
|-----------------------------------------|-----|-----------------------|
|                                         | :   |                       |
| **PIZZERIA UNO OF FAIRFIELD, INC.,**    | :   | **Case No. 10-10335 (MG)** |
|                                         | :   |                       |
| **Debtor.**                             | :   |                       |
|                                         | :   |                       |

-------------------------------------------------------------x

|                                         | :   |                       |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **PIZZERIA UNO OF FOREST HILLS, INC.,** | : | **Case No. 10-10296 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------x | | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| **PIZZERIA UNO OF KINGSTON, INC.,** | : | **Case No. 10-10302 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------x | | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| **PIZZERIA UNO OF LYNBROOK INC.,** | : | **Case No. 10-10304 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------x | | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| **PIZZERIA UNO OF NORFOLK, INC.,** | : | **Case No. 10-10312 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------x | | |

| | | |
|---|---|---|
| ------------------------------------------------x | | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| **PIZZERIA UNO OF PARAMUS, INC.,** | : | **Case No. 10-10318 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------x | | |
| | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF PENN CENTER, INC., | : | Case No. 10-10326 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF RESTON, INC., | : | Case No. 10-10332 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF SOUTH STREET | : | Case No. 10-10338 (MG) |
| SEAPORT, INC., | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF SPRINGFIELD, INC., | : | Case No. 10-10341 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | | |

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF SYRACUSE, INC., | : | Case No. 10-10344 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF UNION STATION, INC., | : | Case No. 10-10345 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF | : | Case No. 10-10340 (MG) |
| WASHINGTON, DC, INC., | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO OF WESTFARMS, LLC, | : | Case No. 10-10342 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| PIZZERIA UNO, INC., | : | Case No. 10-10347 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| PLIZZETTAS OF BURLINGTON, INC., | : | Case No. 10-10348 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |

| In re | : | Chapter 11 |
| | : | |
| **PLIZZETTAS OF CONCORD, INC.,** | : | **Case No. 10-10350 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| **SAXET CORPORATION,** | : | **Case No. 10-10352 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| **SL PROPERTIES, INC.,** | : | **Case No. 10-10354 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| **SL UNO BURLINGTON, INC.,** | : | **Case No. 10-10356 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | | |

----------------------------------------------------------x
| | : | |
| In re | : | Chapter 11 |
| | : | |
| **SL UNO ELLICOTT CITY, INC.,** | : | **Case No. 10-10358 (MG)** |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| | : | |

| In re | : | Chapter 11 |
| | : | |
| SL UNO FRANKLIN MILLS, INC., | : | Case No. 10-10359 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------x
:

| In re | : | Chapter 11 |
| | : | |
| SL UNO FREDERICK, INC., | : | Case No. 10-10360 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------x
:

| In re | : | Chapter 11 |
| | : | |
| SL UNO GREECE, INC., | : | Case No. 10-10343 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------x
:

| In re | : | Chapter 11 |
| | : | |
| SL UNO GURNEE MILLS, INC., | : | Case No. 10-10346 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------x


-------------------------------------------------------x
:

| In re | : | Chapter 11 |
| | : | |
| SL UNO HYANNIS, INC., | : | Case No. 10-10349 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------x
:

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SL UNO MARYVILLE, INC., | : | Case No. 10-10351 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| SL UNO PORTLAND, INC., | : | Case No. 10-10353 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| SL UNO POTOMAC MILLS, INC., | : | Case No. 10-10355 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| SL UNO UNIVERSITY BLVD., INC., | : | Case No. 10-10357 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | | |

| | | |
|---|---|---|
| ----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| SL UNO WATERFRONT, INC., | : | Case No. 10-10244 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ----------------------------------------------------------x | : | |
| | : | |

| In re | : | Chapter 11 |
| | : | |
| SLA BROCKTON, INC., | : | Case No. 10-10249 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
|-----------------------------------------------x| : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| SLA DUE, INC., | : | Case No. 10-10255 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
|-----------------------------------------------x| : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| SLA LAKE MARY, INC., | : | Case No. 10-10260 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
|-----------------------------------------------x| : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| SLA MAIL II, INC., | : | Case No. 10-10264 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
|-----------------------------------------------x| | |

-----------------------------------------------x
: 
In re                        :      Chapter 11
:
SLA MAIL, INC.,        :      Case No. 10-10271 (MG)
:
           Debtor.     :
:
-----------------------------------------------x
:

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SLA NORFOLK, INC., | : | Case No. 10-10274 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SLA NORWOOD, INC., | : | Case No. 10-10278 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SLA SU CASA, INC., | : | Case No. 10-10283 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SLA UNO, INC., | : | Case No. 10-10287 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SLA VERNON HILLS, INC., | : | Case No. 10-10291 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

:

In re                                                          :          **Chapter 11**

                                                          :

**SU CASA, INC.,**                                  :          **Case No. 10-10294 (MG)**

                                                          :

                             **Debtor.**                 :

                                                          :

------------------------------------------------------------x
                                                          :

In re                                                           :          **Chapter 11**

                                                            :

**UNO ACQUISITION PARENT, INC.,**                :          **Case No. 10-10298 (MG)**

                                                          :

                             **Debtor.**                 :

                                                          :

------------------------------------------------------------x
                                                          :

In re                                                           :          **Chapter 11**

                                                            :

**UNO BAY, INC.,**                                  :          **Case No. 10-10313 (MG)**

                                                          :

                             **Debtor.**                 :

                                                          :

------------------------------------------------------------x
                                                          :

In re                                                           :          **Chapter 11**

                                                            :

**UNO ENTERPRISES, INC.,**                      :          **Case No. 10-10320 (MG)**

                                                          :

                             **Debtor.**                 :

                                                          :

------------------------------------------------------------x

------------------------------------------------------------x
                                                          :

In re                                                           :          **Chapter 11**

                                                            :

**UNO FOODS INC.,**                               :          **Case No. 10-10322 (MG)**

                                                          :

                             **Debtor.**                 :

                                                          :

------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO FOODS INTERNATIONAL, LLC, | : | Case No. 10-10329 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO HOLDINGS II LLC, | : | Case No. 10-10334 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO HOLDINGS LLC, | : | Case No. 10-10337 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO OF AMERICA, INC., | : | Case No. 10-10339 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO OF ASTORIA, INC., | : | Case No. 10-10211 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO OF AURORA, INC., | : | Case No. 10-10214 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO OF BANGOR, INC., | : | Case No. 10-10217 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO OF CONCORD MILLS, INC., | : | Case No. 10-10219 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO OF CRESTWOOD, INC., | : | Case No. 10-10220 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------x



------------------------------------------------------------x
| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| UNO OF DAYTONA, INC., | : | Case No. 10-10222 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

```
------------------------------------------------x
                                                :
In re                                           :          Chapter 11
                                                :
UNO OF DULLES, INC.,                            :          Case No. 10-10226 (MG)
                                                :
                    Debtor.                     :
                                                :
------------------------------------------------x
                                                :
In re                                           :          Chapter 11
                                                :
UNO OF FALLS CHURCH, INC.,                      :          Case No. 10-10229 (MG)
                                                :
                    Debtor.                     :
                                                :
------------------------------------------------x
                                                :
In re                                           :          Chapter 11
                                                :
UNO OF GEORGESVILLE, INC.,                      :          Case No. 10-10231 (MG)
                                                :
                    Debtor.                     :
                                                :
------------------------------------------------x
                                                :
In re                                           :          Chapter 11
                                                :
UNO OF GURNEE MILLS, INC.,                      :          Case No. 10-10234 (MG)
                                                :
                    Debtor.                     :
                                                :
------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :          Chapter 11
                                                :
UNO OF HAGERSTOWN, INC.,                        :          Case No. 10-10239 (MG)
                                                :
                    Debtor.                     :
                                                :
```

```
----------------------------------------------------------x
                                      :
In re                                 :          Chapter 11
                                      :
UNO OF HAVERHILL, INC.,               :          Case No. 10-10243 (MG)
                                      :
                    Debtor.           :
                                      :
----------------------------------------------------------x
                                      :
In re                                 :          Chapter 11
                                      :
UNO OF HENRIETTA, INC.,               :          Case No. 10-10247 (MG)
                                      :
                    Debtor.           :
                                      :
----------------------------------------------------------x
                                      :
In re                                 :          Chapter 11
                                      :
UNO OF HIGHLANDS RANCH, INC.,         :          Case No. 10-10251 (MG)
                                      :
                    Debtor.           :
                                      :
----------------------------------------------------------x
                                      :
In re                                 :          Chapter 11
                                      :
UNO OF INDIANA, INC.,                 :          Case No. 10-10254 (MG)
                                      :
                    Debtor.           :
                                      :
----------------------------------------------------------x




----------------------------------------------------------x
                                      :
In re                                 :          Chapter 11
                                      :
UNO OF KINGSTOWNE, INC.,              :          Case No. 10-10257 (MG)
                                      :
                    Debtor.           :
                                      :
```

```
-----------------------------------------------------------x
                                         :
In re                                    :            Chapter 11
                                         :
UNO OF KIRKWOOD, INC.,                   :            Case No. 10-10261 (MG)
                                         :
                  Debtor.                :
                                         :
-----------------------------------------------------------x
                                         :
In re                                    :            Chapter 11
                                         :
UNO OF LOMBARD, INC.,                    :            Case No. 10-10267 (MG)
                                         :
                  Debtor.                :
                                         :
-----------------------------------------------------------x
                                         :
In re                                    :            Chapter 11
                                         :
UNO OF MANASSAS, INC.,                   :            Case No. 10-10269 (MG)
                                         :
                  Debtor.                :
                                         :
-----------------------------------------------------------x
                                         :
In re                                    :            Chapter 11
                                         :
UNO OF MANCHESTER, INC.,                 :            Case No. 10-10212 (MG)
                                         :
                  Debtor.                :
                                         :
-----------------------------------------------------------x




-----------------------------------------------------------x
                                         :
In re                                    :            Chapter 11
                                         :
UNO OF MASSACHUSETTS, INC.,              :            Case No. 10-10215 (MG)
                                         :
                  Debtor.                :
                                         :
```

```
------------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF NEW JERSEY, INC.,                  :          Case No. 10-10218 (MG)
                                          :
                        Debtor.           :
                                          :
------------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF NEW YORK, INC.,                    :          Case No. 10-10223 (MG)
                                          :
                        Debtor.           :
                                          :
------------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF PROVIDENCE, INC.,                  :          Case No. 10-10237 (MG)
                                          :
                        Debtor.           :
                                          :
------------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF SCHAUMBURG, INC.,                  :          Case No. 10-10266 (MG)
                                          :
                        Debtor.           :
                                          :
------------------------------------------------------------x
```

```
------------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF SMITHTOWN, INC.,                   :          Case No. 10-10272 (MG)
                                          :
                        Debtor.           :
                                          :
```

```
-------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF SMOKETOWN, INC.,                    :          Case No. 10-10277 (MG)
                                          :
                     Debtor.              :
                                          :
-------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF TENNESSEE, INC.,                    :          Case No. 10-10281 (MG)
                                          :
                     Debtor.              :
                                          :
-------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO OF VICTOR, INC.,                       :          Case No. 10-10285 (MG)
                                          :
                     Debtor.              :
                                          :
-------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO RESTAURANT OF COLUMBUS, INC.,          :          Case No. 10-10289 (MG)
                                          :
                     Debtor.              :
                                          :
-------------------------------------------------------x
```

```
-------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
UNO RESTAURANT OF GREAT NECK, INC., :          Case No. 10-10292 (MG)
                                          :
                     Debtor.              :
                                          :
```

```
                                           :
-----------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
UNO RESTAURANT OF ST. CHARLES, INC., :               Case No. 10-10295 (MG)
                                           :
              Debtor.                      :
                                           :
-----------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
UNO RESTAURANT OF WOBURN, INC.,            :        Case No. 10-10300 (MG)
                                           :
              Debtor.                      :
                                           :
-----------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
UNO RESTAURANTS II, LLC,                   :        Case No. 10-10315 (MG)
                                           :
              Debtor.                      :
                                           :
-----------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
UNO RESTAURANTS, LLC,                      :        Case No. 10-10319 (MG)
                                           :
              Debtor.                      :
                                           :
-----------------------------------------------x




-----------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
UR OF ATTLEBORO MA, LLC,                   :        Case No. 10-10323 (MG)
                                           :
```

```
                Debtor.              :
                                     :
-----------------------------------------------x
                                     :
In re                                :        Chapter 11
                                     :
UR OF BEL AIR MD, INC.,              :        Case No. 10-10328 (MG)
                                     :
                Debtor.              :
                                     :
-----------------------------------------------x
                                     :
In re                                :        Chapter 11
                                     :
UR OF BOWIE MD, INC.,                :        Case No. 10-10333 (MG)
                                     :
                Debtor.              :
                                     :
-----------------------------------------------x
                                     :
In re                                :        Chapter 11
                                     :
UR OF CLAY NY, LLC,                  :        Case No. 10-10336 (MG)
                                     :
                Debtor.              :
                                     :
-----------------------------------------------x
                                     :
In re                                :        Chapter 11
                                     :
UR OF COLUMBIA MD, INC.,             :        Case No. 10-10210 (MG)
                                     :
                Debtor.              :
                                     :
-----------------------------------------------x




-----------------------------------------------x
                                     :
In re                                :        Chapter 11
                                     :
UR OF COLUMBIA MD, LLC,              :        Case No. 10-10216 (MG)
```

```
                                    :
            Debtor.                 :
                                    :
-----------------------------------------------x
                                    :
In re                               :        Chapter 11
                                    :
UR OF DANBURY CT, INC.,             :        Case No. 10-10221 (MG)
                                    :
            Debtor.                 :
                                    :
-----------------------------------------------x
                                    :
In re                               :        Chapter 11
                                    :
UR OF DOVER NH, INC.,               :        Case No. 10-10224 (MG)
                                    :
            Debtor.                 :
                                    :
-----------------------------------------------x
                                    :
In re                               :        Chapter 11
                                    :
UR OF FAIRFIELD CT, INC.,           :        Case No. 10-10228 (MG)
                                    :
            Debtor.                 :
                                    :
-----------------------------------------------x
                                    :
In re                               :        Chapter 11
                                    :
UR OF FAYETTEVILLE NY, LLC,         :        Case No. 10-10233 (MG)
                                    :
            Debtor.                 :
                                    :
-----------------------------------------------x




-----------------------------------------------x
                                    :
In re                               :        Chapter 11
                                    :
```

| | | |
|---|---|---|
| **UR OF FREDERICKSBURG VA, LLC,** | **:** | **Case No. 10-10236 (MG)** |
| | **:** | |
| **Debtor.** | **:** | |
| | **:** | |
| ------------------------------------------------------------x | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **UR OF GAINESVILLE VA, LLC,** | **:** | **Case No. 10-10240 (MG)** |
| | **:** | |
| **Debtor.** | **:** | |
| | **:** | |
| ------------------------------------------------------------x | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **UR OF INNER HARBOR MD, INC.,** | **:** | **Case No. 10-10245 (MG)** |
| | **:** | |
| **Debtor.** | **:** | |
| | **:** | |
| ------------------------------------------------------------x | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **UR OF KEENE NH, INC.,** | **:** | **Case No. 10-10250 (MG)** |
| | **:** | |
| **Debtor.** | **:** | |
| | **:** | |
| ------------------------------------------------------------x | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **UR OF LANDOVER MD, INC.,** | **:** | **Case No. 10-10253 (MG)** |
| | **:** | |
| **Debtor.** | **:** | |
| | **:** | |
| ------------------------------------------------------------x | | |

------------------------------------------------------------x
:
**In re**                                        **:**        **Chapter 11**

|   |   |
|---|---|
| | : |
| **UR OF MANSFIELD MA, LLC,** | :      **Case No. 10-10258 (MG)** |
| | : |
| **Debtor.** | : |
| | : |

---------------------------------------------------------x

|   |   |
|---|---|
| | : |
| **In re** | :      **Chapter 11** |
| | : |
| **UR OF MELBOURNE FL, LLC,** | :      **Case No. 10-10263 (MG)** |
| | : |
| **Debtor.** | : |
| | : |

---------------------------------------------------------x

|   |   |
|---|---|
| | : |
| **In re** | :      **Chapter 11** |
| | : |
| **UR OF MERRITT ISLAND FL, LLC,** | :      **Case No. 10-10268 (MG)** |
| | : |
| **Debtor.** | : |
| | : |

---------------------------------------------------------x

|   |   |
|---|---|
| | : |
| **In re** | :      **Chapter 11** |
| | : |
| **UR OF METHUEN MA, INC.,** | :      **Case No. 10-10270 (MG)** |
| | : |
| **Debtor.** | : |
| | : |

---------------------------------------------------------x

|   |   |
|---|---|
| | : |
| **In re** | :      **Chapter 11** |
| | : |
| **UR OF MILFORD CT, INC.,** | :      **Case No. 10-10273 (MG)** |
| | : |
| **Debtor.** | : |
| | : |

---------------------------------------------------------x

---------------------------------------------------------x
:

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| UR OF MILLBURY MA, LLC, | : | Case No. 10-10275 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| UR OF NASHUA NH, LLC, | : | Case No. 10-10279 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| UR OF NEW HARTFORD NY, LLC, | : | Case No. 10-10282 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| UR OF NEWINGTON NH, LLC, | : | Case No. 10-10213 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| UR OF PAOLI PA, INC., | : | Case No. 10-10225 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------------x

----------------------------------------------------------------x

```
                                            :
In re                                       :        Chapter 11
                                            :
UR OF PLYMOUTH MA, LLC,                      :        Case No. 10-10227 (MG)
                                            :
                        Debtor.             :
                                            :
-----------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
UR OF PORTSMOUTH NH, INC.,                   :        Case No. 10-10230 (MG)
                                            :
                        Debtor.             :
                                            :
-----------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
UR OF SWAMPSCOTT MA, LLC,                    :        Case No. 10-10232 (MG)
                                            :
                        Debtor.             :
                                            :
-----------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
UR OF TAUNTON MA, LLC,                       :        Case No. 10-10235 (MG)
                                            :
                        Debtor.             :
                                            :
-----------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
UR OF TILTON NH, LLC,                        :        Case No. 10-10238 (MG)
                                            :
                        Debtor.             :
                                            :
-----------------------------------------------------x
```

```
-------------------------------------------------------------x
                                                     :
In re                                                :          Chapter 11
                                                     :
UR OF TOWSON MD, INC.,                               :          Case No. 10-10241 (MG)
                                                     :
                         Debtor.                     :
                                                     :
-------------------------------------------------------------x
                                                     :
In re                                                :          Chapter 11
                                                     :
UR OF VIRGINIA BEACH VA, LLC,                        :          Case No. 10-10242 (MG)
                                                     :
                         Debtor.                     :
                                                     :
-------------------------------------------------------------x
                                                     :
In re                                                :          Chapter 11
                                                     :
UR OF WEBSTER NY, LLC,                               :          Case No. 10-10246 (MG)
                                                     :
                         Debtor.                     :
                                                     :
-------------------------------------------------------------x
                                                     :
In re                                                :          Chapter 11
                                                     :
UR OF WINTER GARDEN FL, LLC,                         :          Case No. 10-10248 (MG)
                                                     :
                         Debtor.                     :
                                                     :
-------------------------------------------------------------x
                                                     :
In re                                                :          Chapter 11
                                                     :
UR OF WRENTHAM MA, INC.,                             :          Case No. 10-10252 (MG)
                                                     :
                         Debtor.                     :
                                                     :
-------------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                         :
In re                                    :          Chapter 11
                                         :
URC II, LLC,                             :          Case No. 10-10256 (MG)
                                         :
              Debtor.                    :
                                         :
-----------------------------------------------------------x
                                         :
In re                                    :          Chapter 11
                                         :
URC, LLC,                                :          Case No. 10-10259 (MG)
                                         :
              Debtor.                    :
                                         :
-----------------------------------------------------------x
                                         :
In re                                    :          Chapter 11
                                         :
WALTHAM UNO, INC.,                       :          Case No. 10-10262 (MG)
                                         :
              Debtor.                    :
                                         :
-----------------------------------------------------------x
                                         :
In re                                    :          Chapter 11
                                         :
WESTMINSTER UNO, INC.,                   :          Case No. 10-10265 (MG)
                                         :
              Debtor.                    :
                                         :
-----------------------------------------------------------x
```

## ORDER PURSUANT TO BANKRUPTCY RULE 1015(b)
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the **"Motion"**)[1] of Uno Restaurant Holdings Corporation and

its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, **"Uno"** or the **"Debtors"**), for an order, pursuant to Rule 1015(b) of the Federal

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the **"Hearing"**); and upon the record of the Hearing and all of the proceedings had before the Court; and upon the Psallidas Affidavit; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-10209 (MG); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as

follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                    :
**In re**                                           :        **Chapter 11**
                                                    :
**UNO RESTAURANT HOLDINGS**                         :        **Case No. 10-10209 (MG)**
**CORPORATION,** *et al.*,                          :
                        **Debtors.**                :        **(Jointly Administered)**
                                                    :
----------------------------------------------------------------x

; and it is further

ORDERED that a docket entry shall be made in each of above-captioned chapter

11 cases substantially as follows:

An Order has been entered in this case directing the procedural consolidation and
joint administration of the chapter 11 cases of Pizzeria Uno of Columbus Avenue,
Inc.; Uno Restaurant Holdings Corporation; 8250 International Drive
Corporation; Aurora Uno, Inc.; B.S. Acquisition Corp.; B.S. of Woodbridge, Inc.;
Fairfax Uno, Inc.; Franklin Mills Pizzeria, Inc.; Herald Center Uno Rest. Inc.;
Kissimmee Uno, Inc.; Marketing Services Group, Inc.; Newington Uno, Inc.;
Newport News Uno, Inc.; Newton Takery, Inc.; Paramus Uno, Inc.; Pizzeria Due,
Inc.; Pizzeria Uno Corporation; Pizzeria Uno of 86th Street, Inc.; Pizzeria Uno of
Albany Inc.; Pizzeria Uno of Altamonte Springs, Inc.; Pizzeria Uno of Ballston,
Inc.; Pizzeria Uno of Bay Ridge, Inc.; Pizzeria Uno of Bayside, Inc.; Pizzeria Uno
of Bethesda, Inc.; Pizzeria Uno of Brockton, Inc.; Pizzeria Uno of Buffalo, Inc.;
Pizzeria Uno of Dock Square, Inc.; Pizzeria Uno of East Village Inc.; Pizzeria
Uno of Fair Oaks, Inc.; Pizzeria Uno of Fairfield, Inc.; Pizzeria Uno of Forest
Hills, Inc.; Pizzeria Uno of Kingston, Inc.; Pizzeria Uno of Lynbrook Inc.;
Pizzeria Uno of Norfolk, Inc.; Pizzeria Uno of Paramus, Inc.; Pizzeria Uno of
Penn Center, Inc.; Pizzeria Uno of Reston, Inc.; Pizzeria Uno of South Street
Seaport, Inc.; Pizzeria Uno of Springfield, Inc.; Pizzeria Uno of Syracuse, Inc.;
Pizzeria Uno of Union Station, Inc.; Pizzeria Uno of Washington, DC, Inc.;
Pizzeria Uno of Westfarms, LLC; Pizzeria Uno, Inc.; Plizzettas of Burlington,
Inc.; Plizzettas of Concord, Inc.; Saxet Corporation; SL Properties, Inc.; SL Uno
Burlington, Inc.; SL Uno Ellicott City, Inc.; SL Uno Franklin Mills, Inc.; SL Uno
Frederick, Inc.; SL Uno Greece, Inc.; SL Uno Gurnee Mills, Inc.; SL Uno
Hyannis, Inc.; SL Uno Maryville, Inc.; SL Uno Portland, Inc.; SL Uno Potomac
Mills, Inc.; SL Uno University Blvd., Inc.; SL Uno Waterfront, Inc.; SLA
Brockton, Inc.; SLA Due, Inc.; SLA Lake Mary, Inc.; SLA Mail II, Inc.; SLA

Mail, Inc.; SLA Norfolk, Inc.; SLA Norwood, Inc.; SLA Su Casa, Inc.; SLA Uno, Inc.; SLA Vernon Hills, Inc.; Su Casa, Inc.; Uno Acquisition Parent, Inc.; Uno Bay, Inc.; Uno Enterprises, Inc.; Uno Foods Inc.; Uno Foods International, LLC; Uno Holdings II LLC; Uno Holdings LLC; Uno of America, Inc.; Uno of Astoria, Inc.; Uno of Aurora, Inc.; UNO of Bangor, Inc.; Uno of Concord Mills, Inc.; Uno of Crestwood, Inc.; Uno of Daytona, Inc.; Uno of Dulles, Inc.; Uno of Falls Church, Inc.; Uno of Georgesville, Inc.; Uno of Gurnee Mills, Inc.; Uno of Hagerstown, Inc.; Uno of Haverhill, Inc.; Uno of Henrietta, Inc.; UNO of Highlands Ranch, Inc.; Uno of Indiana, Inc.; Uno of Kingstowne, Inc.; Uno of Kirkwood, Inc.; Uno of Lombard, Inc.; UNO of Manassas, Inc.; Uno of Manchester, Inc.; Uno of Massachusetts, Inc.; Uno of New Jersey, Inc.; Uno of New York, Inc.; Uno of Providence, Inc.; Uno of Schaumburg, Inc.; Uno of Smithtown, Inc.; Uno of Smoketown, Inc.; Uno of Tennessee, Inc.; Uno of Victor, Inc.; Uno Restaurant of Columbus, Inc.; Uno Restaurant of Great Neck, Inc.; Uno Restaurant of St. Charles, Inc.; Uno Restaurant of Woburn, Inc.; Uno Restaurants II, LLC; Uno Restaurants, LLC; UR of Attleboro MA, LLC; UR of Bel Air MD, Inc.; UR of Bowie MD, Inc.; UR of Clay NY, LLC; UR of Columbia MD, Inc.; UR of Columbia MD, LLC; UR of Danbury CT, Inc.; UR of Dover NH, Inc.; UR of Fairfield CT, Inc.; UR of Fayetteville NY, LLC; UR of Fredericksburg VA, LLC; UR of Gainesville VA, LLC; UR of Inner Harbor MD, Inc.; UR of Keene NH, Inc.; UR of Landover MD, Inc.; UR of Mansfield MA, LLC; UR of Melbourne FL, LLC; UR of Merritt Island FL, LLC; UR of Methuen MA, Inc.; UR of Milford CT, Inc.; UR of Millbury MA, LLC; UR of Nashua NH, LLC; UR of New Hartford NY, LLC; UR of Newington NH, LLC; UR of Paoli PA, Inc.; UR of Plymouth MA, LLC; UR of Portsmouth NH, Inc.; UR of Swampscott MA, LLC; UR of Taunton MA, LLC; UR of Tilton NH, LLC; UR of Towson MD, Inc.; UR of Virginia Beach VA, LLC; UR of Webster NY, LLC; UR of Winter Garden FL, LLC; UR of Wrentham MA, Inc.; URC II, LLC; URC, LLC; Waltham Uno, Inc.; Westminster Uno, Inc.  The docket in **Case No. 10 -10209 (MG)** should be consulted for all matters affecting this case.

; and it is further

ORDERED that the Debtors shall be permitted to file their monthly

operating reports required by the U.S. Trustee Operating Guidelines on a consolidated

basis; <u>provided</u>, <u>however</u>, that the Debtors shall list disbursements separately for each

individual Debtor; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:  January 20, 2010

New York, New York

/s/ Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE